UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

HOWARD G. JACKSON,

          Plaintiff,

v.

DAVID OSSELL, MELISSA GUNDERSON, and HUMAN SERVICES DEPARTMENT,

          Defendants.

Civil No. 17-5483 (JRT/BRT)

**AMENDED ORDER ON REPORT AND RECOMMENDATION**

    Howard G. Jackson, 153 Emerson E, #204, West St. Paul, MN 55118, *pro se* plaintiff.

    Magistrate Judge Becky R. Thorson filed a Report and Recommendation on March 19, 2018 (DocKET No. 8). No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    The official-capacity claims against Defendants David Ossell, and Melissa Gunderson are **DISMISSED WITHOUT PREJUDICE**;

    2.    Defendant Ramsey County Human Services Department is **DISMISSED WITHOUT PREJUDICE**.

2

Dated:  April 30, 2018                s/John R. Tunheim
at Minneapolis, Minnesota             JOHN R. TUNHEIM
                                      Chief Judge
                                      United States District Court