# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| HOWARD G. JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID OSSELL, et al.<br><br>        Defendants. | Civil No. 17-5483 (JRT/BRT)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Howard G. Jackson, 153 Emerson East, #204, West St. Paul, MN 55118, *pro se* plaintiff.

Stephen J. Christie, **ST PAUL CITY ATTORNEY,** 15 W Kellogg Boulevard, Suite 500, St Paul, MN 55102, for defendant David Ossell.

Magistrate Judge Becky R. Thorson filed a Sealed Report and Recommendation on October 15, 2018 (Docket No. 49). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Defendant Ossell's Motion to Dismiss (Docket No. 21) is **DENIED**.

Dated: November 6, 2018          s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                           Chief Judge
                                           United States District Court