UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

HOWARD G. JACKSON,

    Plaintiff,

v.

DAVID OSSELL,

    Defendant.

Civil No. 17-5483 (JRT/BRT)

**ORDER ON REPORT AND RECOMMENDATION**

 Howard G. Jackson, 153 Emerson E #204, West St. Paul, MN 55118, *pro se* plaintiff.

 Stephen J Christie, **CITY ATTORNEY'S OFFICE,** 15 West Kellog Boulevard, Suite 750, St. Paul, MN 55102, for defendant.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on November 27, 2019 (Docket No. 165). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

 1. Plaintiff's Motion [for] Summary Judgment [Docket No. 142] is **DENIED**;

 2. Defendant's Motion for Sanctions Under Rule 37 [Docket No. 153] is **GRANTED**; and

 3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2020         s/John R. Tunheim  
at Minneapolis, Minnesota        JOHN R. TUNHEIM

Chief Judge
United States District Court